**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
BETH JONES

                    Plaintiff,                  22 **CIVIL** 10618 (JW)

      -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 26 2024, Plaintiff's Motion is DENIED and the Commissioner's decision is AFFIRMED; accordingly, this case is closed.

**Dated:** New York, New York
           March 27, 2024

                                                      **RUBY J. KRAJICK**
                                                _____
                                                       Clerk of Court

                                **BY:**
                                                       Deputy Clerk