**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

JONES,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

--------------------------------------------------------------X

**ORDER**

**22-CV-10618 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 15, 2025, the Second Circuit granted Defendant's motion for vacatur of this Court's judgment and remand for further proceedings. Dkt. No. 27. As such, the Commissioner's final decision is VACATED and the matter is REMANDED to the agency for further proceedings concerning Appellant's entitlement to benefits.

SO ORDERED.

DATED: New York, New York
August 6, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge