**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

JONES,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------------------X

22 **CIVIL** 10618 (JW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2026, the Second Circuit granted Defendant's motion for vacatur of this Court's judgment on April 15, 2025, and to remand for further proceedings. Dkt. No. 27. As such, the Commissioner's final decision is VACATED and the matter is REMANDED to the agency for further proceedings concerning Appellant's entitlement to benefits.

**Dated:** New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**